## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

IN RE:     Kimelyn Alissa Minnifield, Debtor

Case No. 09-83112-crm

### DEBTOR'S VOLUNTARY MOTION TO DISMISS CHAPTER 13 PETITION

COMES NOW Kimelyn Alissa Minnifield, Debtor, and moves upon the Court to dismiss Debtor's Chapter 13 Petition filed with this Court on September 1, 2009.

This 21st day of October, 2009

Respectfully submitted,

Kimelyn Alissa Minnifield

OCT 21 2009 PM03:55

M. REGINA THOMAS,
CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2009, that Debtor's Voluntary Motion to Dismiss Chapter 13 Petition was served by United States mail upon:

Ms. Nancy J. Whaley, Standing Chapter 13 Trustee
303 Peachtree Center Avenue
SunTrust Plaza Garden Offices, Suite 120
Atlanta, GA 30303

_____
Kimelyn A. Minnifield